that the evidence is sufficient to prove the defendants guilty beyond a reasonable doubt.

■■ The final issue raised in this case is by defendant Boyd who maintains that his sentence of 3 to 6 years for robbery must be modified pursuant to the provisions of our Unified Code of Corrections. (Ill. Rev. Stat. 1973, ch. 38, par. 1001—1—1 *et seq.*) The offense of robbery is a Class 2 felony. (Ill. Rev. Stat. 1973, ch. 38, par. 18—1(b).) Under the Unified Code of Corrections the maximum term for a Class 2 felony is any term in excess of 1 year but not exceeding 20 years. (Ill. Rev. Stat. 1973, ch. 38, par. 1005—8—1(b)(3).) The minimum term for a Class 2 felony is 1 year unless the court having regard to the nature and circumstances of the offense and the history and the character of the defendant sets a higher minimum term. However, if the court imposes a higher minimum term it cannot be greater than one-third of the maximum term set by the court. (Ill. Rev. Stat. 1973, ch. 38, par. 1005—8—1(c)(3).) Accordingly, defendant Boyd's minimum term of 3 years must be reduced to 2 years. With the exception of reducing defendant Boyd's sentence, the judgment of the Circuit Court of Cook County is affirmed.

Judgment affirmed and sentence modified.

BURMAN and JOHNSON, JJ., concur.

---

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ARTHUR COKES, Petitioner-Appellant.

(No. 59990; ■■■■■■■■)

First District (3rd Division)—September 19, 1974.

Paul Bradley and Allen L. Wiederer, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and James B. Haddad, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LULA TRAPPS, Defendant-Appellant.

(No. 73-197;

Third District—October 11, 1974.